UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOR MARIA PERALTA ANDRADE,
*et al.*,

                                    Plaintiffs,                    24-CV-4477 (JPO)

                    -v-                                            ORDER

VICOLINA RESTAURANT VENTURE
LLC, *et al.*,

                                    Defendants.

J. PAUL OETKEN, District Judge:

        Defendants were served on June 21, 2024, June 25, 2024, and June 27, 2024.  However,
no appearance has been entered on Defendants' behalf, and no response to the complaint has
been filed in the allotted time.  Plaintiff has not moved for a default judgment.

        Plaintiff is directed to notify the Court whether it intends to move for default judgment,
or if it has received any communication from Defendants or their counsel regarding a response to
the complaint.

        If Plaintiff fails by August 2, 2024, to either (1) file a letter concerning the status of the
case, or (2) move for default judgment against Defendants, the action may be dismissed for
failure to prosecute.

        Plaintiff is directed to serve a copy of this order by mail on Defendant.

        SO ORDERED.

Dated: July 19, 2024
       New York, New York

                                                    _____
                                                              J. PAUL OETKEN
                                                       United States District Judge