UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLOR MARIA PERALTA ANDRADE, *et al.*,

                Plaintiffs,

-v-

VICOLINA RESTAURANT VENTURE LLC, *et al.*,

                Defendants.

24-CV-4477 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

        On April 3, 2025, Defendant Michel Mroue filed a Suggestion of Bankruptcy with this Court. (ECF No. 40.) In accordance with § 362(a) of the Bankruptcy Code, all proceedings in this action are hereby stayed as to Mroue. However, "[i]t is well established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants." *In re Nordlicht*, 115 F.4th 90, 113 (2d Cir. 2024) (quotation marks omitted). This action is therefore not stayed as to any defendants other than Mroue at this time.

        Counsel for Mroue is directed to submit a status update letter to this Court by October 1, and every six months thereafter.

        SO ORDERED.

Dated: April 18, 2025
       New York, New York

                                            _____
                                                J. PAUL OETKEN
                                                United States District Judge