UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOR MARIA PERALTA ANDRADE, *et al.*,
Plaintiffs,

-v-

VICOLINA RESTAURANT VENTURE LLC, *et al.*,
Defendants.

24-CV-4477 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 1, 2026, the Court granted the motion to withdraw filed by counsel for Defendants Vicolina Restaurant Venture LLC, Kafi Inc., Hiramasa Restaurant Venture LLC, Atelier Espresso Bar Inc., Michael Mroue, and Kamal Badr (collectively, "Defendants"). (*See* ECF No. 59.) In that Order, the Court made clear that while Mroue and Badr (together, the "Individual Defendants") could proceed *pro se*, the Company Defendants could not represent themselves and therefore had to retain new counsel by April 22, 2026. (*Id.* at 1 (citing *Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).) The Court further required the Individual Defendants to file a letter by April 22, 2026, apprising the Court of whether they intended to proceed *pro se*. (*Id.*) The Court warned all Defendants that failure to abide by the Court's express directives "may result in the entry of a default judgment against them." (*Id.*)

None of the Defendants complied with the Court's Order. Accordingly, on July 20, 2026, the Court issued a text order directing Plaintiffs to file a status letter by August 24, 2026, addressing whether Plaintiffs intended to move for default judgment. (ECF No. 60.) On August 24, 2026, Plaintiffs filed a status report, apprising the Court that Mroue filed for bankruptcy in the District of New Jersey Bankruptcy Court, and Plaintiffs intended to seek certificates of

default against the remaining Defendants by August 31, 2026, and filing a motion for default judgment thirty days thereafter. (ECF No. 61.) As of September 1, 2026, Defendants have not complied with the Court's April 1, 2026 Order, and Plaintiffs have not sought certificates of default on the remaining Defendants.

Plaintiffs are therefore directed to file for certificates of default by September 8, 2026, and file any motion for default judgment within thirty days of obtaining such certificates. Plaintiffs are warned that failure to do so may result in dismissal of this action for failure to prosecute.

Finally, **Plaintiff is directed to serve a copy of this order by mail on Defendants.**

SO ORDERED.

Dated: September 2, 2026
New York, New York

J. PAUL OETKEN
United States District Judge